UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kumar SANDEEP, | Case No.: 3:26-cv-0691-AGS-MMP |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| Christopher LaROSE, | |
| Respondent. | |

Petitioner Kumar Sandeep seeks a writ of habeas corpus under 28 U.S.C. § 2241 to challenge his immigration detention. Although it initially opposed the request, the government now "does not oppose this Court ordering that Petitioner receive an individualized bond hearing before an immigration judge." (ECF 9, at 1.) Given that agreement, the Court **GRANTS** the petition and orders that petitioner receive such a bond hearing by April 29, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 15, 2026

_____
Hon. Andrew G. Schopler
United States District Judge